# Court of Appeals
# of the State of Georgia

ATLANTA,  August 31, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0039. JULIANA KORSAH-DICK v. JEFFERSON GARCIA.**

Juliana Korsah-Dick sued Jefferson Garcia following an automobile collision. A jury found in favor of Garcia, and the trial court entered a judgment on the verdict. Korsah-Dick filed this timely application for discretionary appeal from that judgment.

From the limited information included in the application materials,[1] the trial court's order appears to have resolved all pending issues in the case and no provision of the discretionary appeal statute, OCGA § 5-6-35 (a), appears to apply.[2] The order, therefore, appears to be subject to direct appeal. See OCGA § 5-6-34 (a) (1). We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Korsah-Dick shall have ten days from the date of this order to file a notice of appeal with the trial court. If she has already filed a notice of appeal in the trial court, she need not file a second notice. See *Wannamaker v. Carr*, 257 Ga. 634,

---

[1] Korsah-Dick did not include a copy of her complaint with her application materials.

[2] Although Korsah-Dick asserts that the discretionary appeal statute applies because the final judgment here was less than $10,000, see OCGA § 5-6-35 (a) (6), she also states in her application that the trial court awarded her $0. No discretionary application is required to appeal a "zero" award. See *McCormick v. Harris*, 253 Ga. App. 417, 417 (1) (559 SE2d 158) (2002).

635 (1) (362 SE2d 53) (1987). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  08/31/2023*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*